

ORDERED in the Southern District of Florida on October 24, 2024.

Scott M. Grossman, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 24-20614-SMG

PERFECTIONS INC., OF BOCA,                                      CHAPTER 11

       DEBTOR.
_____/

**ORDER GRANTING SUBCHAPTER V TRUSTEE'S MOTION TO RESCHEDULE
DEBTOR'S STATUS CONFERENCE TO NOVEMBER 13, 2024 AT 2:00 P.M.**

      This matter came before the Court on consideration of Subchapter V Trustee Carol Fox's *Motion to Reschedule Debtor's Status Conference to November 13, 2024 at 2:00 P.M.* [ECF 20]. The Court having considered the contents of this motion, it is:

**ORDERED**:

1. The *Motion to Reschedule Debtor's Status Conference to November 13, 2024 at 2:00 P.M.* [ECF 20] filed by Subchapter V Trustee, Carol Fox is **GRANTED**.

2. The Subchapter V Status Conference previously scheduled for November 20, 2024 (ECF No. 16) is rescheduled for November 13, 2024, at 2:00 p.m., at U.S. Courthouse, 299 E Broward Blvd., #308, Ft Lauderdale, FL 33301.

###

Submitted by:

CAROL FOX
Subchapter V Trustee
5000 T-Rex Avenue, Suite 300
Boca Raton, FL 33431
cfox@brileyfin.com


Trustee Fox is directed to serve copies of this order on all interested parties and to file a certificate of service.